# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

132404

TIMOTHY E. WAUN and DEANNA WAUN,
      Plaintiffs-Appellees,

v

UNIVERSAL COIN LAUNDRY MACHINE,
L.L.C., STEPHEN M. BEAN, and FREDERIC
M. BEAN,
      Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132404
COA: 267954
Wayne CC: 04-424221-CK

On order of the Court, the application for leave to appeal the September 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court, prior to the completion of proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

_____
Clerk

t0530